# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CONNIE GIBBS,

    Plaintiff,

v.                                  Case No:   6:21-cv-202-GAP-RMN

SEDGWICK CLAIMS
MANAGEMENT SERVICES INC.,

    Defendant

## ORDER

Upon consideration of the Joint Motion for Approval of Settlement (Doc. No. 86), the Court finds that this is a fair and reasonable settlement of a bona fide dispute of Plaintiff's claims under the Fair Labor Standard Act and that the attorney's fees were determined in compliance with *Bonetti v. Embarq Mgmt. Co.*, 715 F. Supp. 2d 1222 (M.D. Fla. 2009).

Accordingly, the Motion is **GRANTED**, and this case is **DISMISSED** without prejudice.   The parties are directed to comply with the terms of the amended settlement agreement and file a proposed order for dismissal with prejudice upon completion of the notice, payment, and release provisions of the agreement.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 14, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Party